```
                                                          FILED
1  BARRY J. PORTMAN
   Federal Public Defender                                SEP - 6 2005
2  JOSH COHEN
   Assistant Federal Public Defender                      RICHARD W. WIEKING
3  19th Floor Federal Building                         CLERK, U.S. DISTRICT COURT
   450 Golden Gate Avenue                            NORTHERN DISTRICT OF CALIFORNIA
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant HAMP
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-05-0112 MHP
                                     )
12             Plaintiff,            )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE SENTENCING
13       v.                          )
                                     )
14 MICHAEL HAMP,                     )
                                     )
15             Defendant.            )
                                     )
16

17       Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C.

18 § 922(g)(1), defendant Michael Hamp is scheduled to be sentenced by this Court on September

19 12, 2005.

20       Defense counsel will be unavailable on September 12, 2005 because of a jury trial set to

21 begin that morning. Accordingly, the parties agree and stipulate that the sentencing shall be

22 continued to September 19, 2005 at 9:00 AM. Probation Officer Kenneth Gibson has been

23 ///

24 ///

25 ///

26 ///
```

CR 05-0112 MHP; STIP TO CONTINUE
SENTENCING                                1

1  informed of the requested continuance and is available on September 19.

2      IT IS SO STIPULATED.

3  Dated: 9/6/05

                                            BARRY J. PORTMAN
4                                              Federal Public Defender
                                            JOSH COHEN
5                                              Assistant Federal Public Defender

6  Dated: 9/5/05

7                                              KEVIN V. RYAN
                                            United States Attorney
8                                              THOMAS MAZZUCCO
                                            Assistant United States Attorney

9

10      Accordingly, and for good cause shown, the sentencing hearing scheduled for September

11  12, 2005 is hereby continued until September 19, 2005 at 9:00 AM.

12      IT IS SO ORDERED.

13  Dated: 9/6/05

14                                              MARILYN HALL PATEL
                                            UNITED STATES DISTRICT JUDGE