BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant HAMP

FILED

SEP 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0112 MHP |
| Plaintiff, | [PROPOSED] ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |
| v. | |
| MICHAEL HAMP, | |
| Defendant. | |

Upon defendant's unopposed motion, and for good cause shown, it is hereby ordered that the defendant's conditions of release shall be modified to remove the condition that he submit to electronic monitoring. All other conditions shall remain in effect until the defendant surrenders for service of sentence, or until further order of the Court.

IT IS SO ORDERED.

Dated: Sept 20, 2005

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

CR 05-0112 MHP; ORDER MODIFYING
RELEASE CONDITIONS                        1

E-filing