BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant HAMP

Case 3:05-cr-00112-MHP   Document 36   Filed 11/17/2005   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0112 MHP (JCS) |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER PERMITTING DEFENDANT TO |
| v. ) | TRAVEL TO SACRAMENTO |
| ) | |
| MICHAEL HAMP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Having been sentenced on September 19, 2005 to a term of imprisonment for being a felon in possession of a firearm, defendant Michael Hamp is presently out on bond pending his surrender date. By court order dated September 20, 2005, the conditions of his release were modified to remove electronic monitoring. Mr. Hamp has continued to comply with his release conditions in the ensuing weeks.

    Mr. Hamp and his fiancée wish to travel to the Sacramento area to visit friends over the upcoming weekend. Under the terms of his release, Mr. Hamp's travel is restricted to the Northern District of California. Because Sacramento is in the Eastern District of California, traveling there without the Court's permission could constitute a violation of his release conditions.

CR 05-0112 MHP; STIP & ORDER RE:
TRAVEL TO E.D. CAL.                  1

Case 3:05-cr-00112-MHP   Document 36   Filed 11/17/2005   Page 2 of 2

The government does not oppose Mr. Hamp's brief trip to the Eastern District. Accordingly, the parties agree and stipulate that Mr. Hamp shall be allowed to travel to the Eastern District of California between Thursday, November 17, 2005 and Monday, November 21, 2005. All other conditions of Mr. Hamp's release shall remain in effect.

IT IS SO STIPULATED.

Dated: 11/16/05

BARRY J. PORTMAN
Federal Public Defender

JOSH COHEN
Assistant Federal Public Defender

KEVIN V. RYAN
United States Attorney

Dated: 11/17/05

THOMAS MAZZUCCO
Assistant United States Attorney

**ORDER**

Accordingly, the Court orders that Mr. Hamp shall be permitted to travel to the Eastern District of California between November 17, 2005 and November 21, 2005. Mr. Hamp is ordered to contact his pretrial services officer immediately upon return to the Northern District to verify that he has complied with the Court's order.

IT IS SO ORDERED.

Dated: 11/17/05

JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

CR 05-0112 MHP; STIP & ORDER RE:
TRAVEL TO E.D. CAL.                 2