1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant HAMP

**FILED**

JAN 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-0112 MHP |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING DATE FOR** |
| v. | ) **SURRENDER OF SENTENCE** |
| MICHAEL HAMP, | ) |
| Defendant. | ) |

On April 22, 2005, this Court sentenced defendant Michael Hamp to a term of 46 months imprisonment and ordered that he surrender himself to the Bureau of Prisons on or before January 13, 2006.

As of January 9, 2006, Mr. Hamp had not been contacted by the Bureau of Prisons regarding his prison designation. On that date, undersigned counsel learned and relayed to Mr. Hamp that he had been designated to the Bureau of Prisons facility in Lompoc, California.

Mr. Hamp's extended family will be visiting the Bay Area at the end of this week to bid him farewell before he enters prison. Three cousins will be visiting from St. Louis, and a fourth will be visiting from Los Angeles. The family will be staying for the weekend.

Since being released from custody on bond in April 2005, Mr. Hamp has been a model

CR 05-0112 MHP; STIP TO CONTINUE
SURRENDER DATE                                1

1  pretrial defendant. He has stayed clean and sober, sought and maintained steady employment,
2  put away money for his fiancé, and strengthened his relationship with his son. Pretrial Services
3  has reported no violations of the conditions of his release.
4      Accordingly, the parties hereby agree and stipulate that Mr. Hamp's surrender date shall
5  be continued from January 13, 2006 to January 18, 2006. Mr. Hamp shall report to the Burau of
6  Prisons facility at Lompoc, California, or to the United States Marshals Service on the 20th floor
7  of the federal building at 450 Golden Gate Avenue in San Francisco, California, no later than
8  2:00 PM on January 18, 2006.
9      IT IS SO STIPULATED.
10 Dated: 1/11/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

13 Dated: 1/12/06

KEVIN V. RYAN
United States Attorney
THOMAS MAZZUCCO
Assistant United States Attorney

### ORDER

    Accordingly, and for good cause shown, the Court orders that the defendant's surrender date shall be continued to January 18, 2006. On or before January 18, 2006 at 2:00 PM, Mr. Hamp shall surrender to the Bureau of Prisons facility at Lompoc, California, or to the United States Marshals Service on the 20th floor of the federal building at 450 Golden Gate Avenue in San Francisco, California.

    IT IS SO ORDERED.

Dated: 1/1/06

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE