1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  BRIAN C. LEWIS (ILBN 6286715)
   Assistant United States Attorney

5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102

6     Telephone:  (415) 436-7200
      Facsimile:  (415) 436-7234

7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9

                    UNITED STATES DISTRICT COURT

10

                  NORTHERN DISTRICT OF CALIFORNIA

11

                      SAN FRANCISCO DIVISION

12

13

   UNITED STATES OF AMERICA,          )    No. CR 05-112 MHP
14                                     )
            Plaintiff,                 )    STIPULATION RESCHEDULING
15                                     )    EVIDENTIARY HEARING TO
         v.                            )    NOVEMBER 19, 2009 AT 9:00 A.M.
16                                     )
   MICHAEL HAMP,                       )
17                                     )
            Defendant.                 )
18  _____  )

19         On September 28, 2009, the parties appeared before this Court and set this matter for an

20  evidentiary hearing on an alleged supervised release violation on November 18, 2009 at 2:30

21  p.m.   Due to a conflict for defense counsel, the parties hereby stipulate and request this Court to

22  order that the hearing be rescheduled to November 19, 2009 at 9:00 a.m.

23         Further, defense counsel requests that the Court set this matter for status on

24  November 16, 2009 at 10:00 a.m. in order to allow defense counsel to present a proposed

25  resolution to the Court short of holding a full evidentiary hearing to prove up the alleged

26  violation.  The government does not oppose setting the case for status.

27         IT IS SO STIPULATED.

28

STIPULATION RESCHEDULING HEARING
CR 05-0112 MHP

1     DATED: November 13, 2009           /s/ _____

2                                       ELIZABETH FALK

3                                       Counsel for Michael Hamp

4

5     DATED: November 13, 2009           /s/ _____

6                                       BRIAN C. LEWIS

7                                       Assistant United States Attorney

8                            [~~PROPOSED~~] ORDER

9         The evidentiary hearing set for November 18, 2009 at 2:30 p.m. in this case is

10 rescheduled to November 19, 2009 at 9:00 a.m. ~~The parties are further ordered to appear for a~~

11 ~~status conference on November 16, 2009 at 10:00 a.m.~~

12         IT IS SO ORDERED.

13

14

15     DATED: __11/17/09___

16



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA