UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff(s),

  v.

MICHAEL HAMP,

          Defendant(s).

_____/

No. CR 05-0112-01  MHP

**ORDER REVOKING AND
REINSTATING SUPERVISED RELEASE
AND JUDGEMENT**

       This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked.  Defendant appeared in person with his attorney Elizabeth Falk. The United States was represented by Assistant United States Attorney David Ward.

       The defendant was advised of the following:

    1.    His right to a hearing on the alleged violations of supervised release;

    2.    His right to confront and cross-examine witnesses;

    3.    His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;

    4.    His right to continue to have court appointed counsel represent him throughout the proceedings; and

    5.    The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

       The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he  fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

United States District Court
For the Northern District of California

1   his right to a hearing, his counsel consenting thereto.

2          The court finds that the defendant has admitted to the violations as alleged in the  petition to

3   revoke and that such violations are sufficient cause to revoke supervised release.

4

5          Charge 1:      Violation of Standard Condition which states that defendant shall not commit

6                         any federal, state, or local crime in that on August 21, 2009, defendant was

7                         arrested for battery and public intoxication;

8          Charge 2:      Violation of Standard Condition which states that defendant shall refrain from

9                         unlawful use of a controlled substance, in that on August 21, 2009, defendant

10                        submitted a blood test which tested positive for cocaine metabolite.

11  Based on the foregoing,

12         IT IS ADJUDGED that Supervised Release  is hereby REVOKED and defendant is

13  remanded to custody of BOP for a period of 4 (four) months.  A Term of Supervised Release is

14  REINSTATED for a period of 32 (thirty-two) months with all previously-imposed conditions of

15  release to remain in full effect, with further conditions of release as listed:

16         1. The defendant shall reside for a period of 6 (six) months in a residential treatment facility,

17  and shall observe the rules of that facility, to commence immediately upon release from custody;

18         2. The defendant shall abstain from the use of all alcoholic beverages;

19         3. The defendant shall participate in a mental health treatment program, as directed by the

20  US Probation Officer.  The defendant is to pay part or all costs of this treatment, at an amount not to

21  exceed the cost of treatment, as deemed appropriate by the US Probation Officer.  Payments shall

22  never exceed the total cost of mental health counseling.  The actual co-payment shall be determined

23  by the US Probation Officer.

24

25

26  Dated:  11/24/2009

27                                                           MARILYN HALL PATEL
                                                             United States District Court

28

United States District Court
For the Northern District of California