1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700

5

6   Counsel for Defendant HAMP

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )   No. CR-05-112 MHP
11                                      )
                    Plaintiff,          )
12                                      )   STIPULATION RE: REQUESTED
                                        )   MODIFICATION OF JUDGEMENT AND/OR
13       v.                             )   CONDITIONS OF SUPERVISED RELEASE
                                        )   (DOCKET ENTRY 64)
14                                      )
                                        )
15  MICHAEL HAMP,                       )
                                        )
16                  Defendant.          )
    _____ )
17

18          On November 23, 2009, this Court pronounced oral judgment in the aforementioned matter

19   revoking supervised release and imposing a four month sentence.  Mr. Hamp has now finished this

20   term of custody.  The minute order reflects  that upon release from BOP custody, Mr. Hamp should

21   be reinstated on supervised release for a term of 32 months, "with initial six months to be served in a

22   halfway house with substance abuse program."  *See* Minute Order, Docket Entry 61.  The written

23   order in connection with this matter, filed on November 24, 2009, states the "the defendant shall

24   reside for a period of 6 (six) months in a residential treatment facility."  See Order, Docket Entry 64.

25   The Probation Officer assigned to Mr. Hamp's case, Cristopher Taylor, has contacted the below-

26

1  referenced parties due to the discrepancy in the minute order and the written order.  He has conferred

2  with Nicole Fairchild, Mr. Hamp's prior Probation Officer, who has indicated to Mr. Taylor that she

3  believes the Court intended to grant the Probation Office the discretion to either place Mr. Hamp in a

4  residential facility for six months, or to keep Mr. Hamp at the halfway house while undergoing

5  substance abuse counseling on an outpatient basis for six months.  The parties have conferred, and

6  hereby stipulate and request the Court to issue an order clarifying this to be the case.

7         WHEREFORE, the undersigned parties stipulate and request the Court to issue the

8  modification to the order as indicated below.

9

10        IT IS SO STIPULATED.

11

12  DATED: April 5, 2010                                    _____/s/_____
                                                            ELIZABETH FALK
13                                                          Counsel for Michael Hamp

14

15  DATED: April 5, 2010                                    _____/s/_____
                                                            BRIAN C. LEWIS
16                                                          Assistant United States Attorney

17

18  DATED: April 5, 2010                                    _____/s/_____
                                                            CRISTOPHER TAYLOR
19                                                          United States Probation Officer

20

21                              [PROPOSED] ORDER

22        It is hereby ORDERED that the November 24, 2009 written order revoking Mr.

23  Hamp's supervised release and imposing a new term of supervised release for 32 months be

24  modified as follows:

25        Page 2 of the November 24, 2009 Order (Docket Entry 64), lines 16-17, shall instead read as

26

STIP RE: SUPERVISED RELEASE
No CR-05-112 MHP                    1

1   follows:

2        "At the discretion of the United States Probation Office, for the first six months of the new

3   term of supervised release, commencing directly after release from custody, the defendant shall either

4   reside 1) at a residential drug treatment facility or 2) at a halfway house while receiving outpatient

5   drug treatment and counseling.  The defendant shall abide by all rules of any facility in which he is

6   placed by the United States Probation Office."

7        IT IS SO ORDERED.

8

9

    DATED:  _4/8/2010___

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP RE: SUPERVISED RELEASE
No CR-05-112 MHP                                    2